NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DIANE GAIL MURPHY,                        )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D14-2061
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed April 29, 2015.

Appeal from the Circuit Court for Polk
County; Roger A. Alcott, Judge.

Howard L. Dimmig, II, Public Defender, and
Tosha Cohen, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


CASANUEVA, Judge.

        Based upon our independent review pursuant to Anders v. California, 386

U.S. 738 (1967), we affirm Diane Gail Murphy's judgment and sentence without further

comment.  However, we remand with directions to correct a scrivener's error which

appears in both the judgment and the order of probation.  Ms. Murphy was charged

with, entered a plea to, and was sentenced for felony petit theft (two or more prior

convictions for theft).  See § 812.014(3)(c), Fla. Stat. (2013).  The judgment and order of probation, however, reflect that Ms. Murphy entered a plea to grand theft of property over $300, but less than $20,000.  See § 812.014(2)(c).  Accordingly, we remand for correction of these errors.

Affirmed and remanded with directions.


KHOUZAM and CRENSHAW, JJ., Concur.